IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| BETTY YOUNG, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:14-cv-00222-JGH |
| MIDLAND FUNDING, LLC, LVNV | ) |
| FUNDING, LLC | ) |
| | ) |
|       Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Betty Young and Defendant Midland Funding, LLC (collectively, the "Parties"), by and through their undersigned counsel, and hereby jointly request that this Court dismiss, with prejudice, each claim and count therein asserted in the above-styled action with each party to bear its own costs, as the Parties have reached a settlement of this case.

**WHEREFORE, PREMISES CONSIDERED,** the Parties respectfully request this Court to enter an Order of Dismissal With Prejudice, relating to all claims asserted in this matter against all parties with each party to bear its own costs.

Dated this 30th day of May, 2014      Dated this 30th day of May, 2014

*s/ James H. Lawson*      *s/ Reid S. Manley*
James H. Lawson      Reid S. Manley
LAWSON AT LAW, PLLC      BURR & FORMAN LLP
4055 Shelbyville Road, Suite B      420 North 20th Street, Suite 3400
Louisville, KY 40207      Birmingham, AL 35203
Telephone: (502) 473-6525      Telephone: (205) 458-5439
james@kyclc.com      rmanley@burr.com

Attorney for Plaintiff      Attorney for Defendant
Betty Young      Midland Funding, LLC

20851404 v1