**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **BETTY YOUNG,** | : | **CASE NO.:  3:14-cv-222-H** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LVNV FUNDING, LLC, et al.,** | : | **RULE 26(a)(1) INITIAL DISCLOSURES** |
| | : | <u>**OF LVNV FUNDING, LLC**</u> |
| **Defendants** | : | |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant LVNV Funding LLC ("LVNV"), provides the following information:

**A.    The name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

1.    LVNV's Rule 30(b)(6) representative

2.    Plaintiff

3.    Midland Funding LLC

Identification of any person does not constitute a representation that such person has information that is nonprivileged, nor does it constitute a waiver of any privilege or objection that may be made to such witness' testimony.  LVNV may identify additional witnesses through discovery and continued investigation.  LVNV specifically reserves the right to call as witnesses at trial individuals who are not identified in this disclosure.

**B.    A copy — or a description by category and location — of all documents**

**electronically stored information, and tangible things that the disclosing party  has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

1.      Spreadsheet from original creditor setting forth information provided to LVNV.

2.      Ownership chain documents.

The documents referenced above have all been provided to counsel for Plaintiff.

LVNV may identify additional categories of documents, data compilations, and other

tangible things through discovery and continued investigation.   LVNV specifically

reserves the right to offer exhibits at trial that do not fall within the above listed category.

**C.      A computation of each category of damages claimed by the disclosing party —       who must also make available for inspection and copying as under Rule 34 the documents  or  other  evidentiary  material,  unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the   nature  and  extent  of  injuries suffered.**

LVNV has not made any claim of damages but reserves the right to do so at a

later date given that it has provided documentation verifying the debt in question.

**D.      For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

None.  LVNV is self-insured in this matter.

Respectfully submitted:

/s/ Kevin Ray Feazell
Kevin Ray Feazell
537 East Pete Rose Way
Suite 400
Cincinnati, OH  45202-3578
513-852-8200 phone
513-852-8222 fax
krf@corsbassett.com

Trial   Attorney   for   Defendant   LVNV
Funding, LLC

## **CERTIFICATE OF SERVICE**

The   undersigned   further   certifies   that   a   true   copy   of   the   foregoing   Answer   of

LVNV   Funding,   LLC   was   filed   electronically   with   the   Court   using   the   CM/ECF   system

which will serve all parties of interest this 9th day of June 2014, including:

Hon. James H. Lawson
4055 Shelbyville Road, Suite B
Louisville, KY 40207

/s/ Kevin Ray Feazell
Kevin Ray Feazell

633938.1